IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA HARR, D.D.S., P.C., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. _____<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Plaintiffs, Melinda Harr, D.D.S., P.C., (a nongovernmental corporate party) makes the following disclosure on behalf of said party:

1. The party does not have a parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (DE Bar #663)
David W. Gregory (DE Bar #4408)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
dwgregory@prickett.com
*Attorneys for Plaintiff*
*Melinda Harr, D.D.S., P.C.*

OF COUNSEL:

Chad C. Nodland
Chad C. Nodland, P.C.
109 North 4th Street
Suite 300
Bismarck, ND 58502-0640
Phone: 701-222-3030
cnod@nodlandlaw.com

Dated: July 26, 2005