IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELINDA HARR, D.D.S., P.C., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-537-JJF |
| INTEL CORPORATION, a Delaware Corporation | ) ) ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |

By: */s/ James L. Holzman*
    James L. Holzman (#663)
    D.W. Gregory (#4408)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    Telephone: (302) 888-6500
    jholzman@prickett.com
    dwgregory@prickett.com

OF COUNSEL:

CHAD C. NODLAND, P.C.
Chad C. Nodland
109 N 4th Street, Suite 300
POB 640
Bismarck, ND 58502-0640
Telephone: (701) 222-3030
cnod@nodlandlaw.com

Attorneys for Plaintiff
MELINDA HARR, D.D.S., P.C.

Dated: August 8, 2005

By: [signature]
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

693828

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE